IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY DOVER, | ) |
| AIS #217258 | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION 1:22-00095-KD-N |
| | ) |
| K. BUTLER, | ) |
|     Respondent. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 31, 2022, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner Larry Dover's second amended habeas petition (Doc. 7) is **DISMISSED** without prejudice for lack of subject matter jurisdiction and that Petitioner Dover is not entitled to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **6th** day of **July 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**