IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LARRY DOVER,** <br> **AIS #217258** <br>     Petitioner, <br> <br> v. <br> <br> **K. BUTLER,** <br>     Respondent. | ) <br> ) <br> ) <br> ) <br> )    **CIVIL ACTION 1:22-00095-KD-N** <br> ) <br> ) <br> ) |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent K. Butler and against Petitioner Larry Dover.

**DONE** and **ORDERED** this the **6th** day of **July 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**